FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

2017 APR 14  AM 11:09

JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

BY_____ DEP. CLK

_____Alejandro Vega_____, Plaintiff,

v.

_____Colorado St. Patrol_____,

_____,

_____,

_____,

____[scribbled out]_____,

_____,

_____,

_____, Defendant(s).

(List each named defendant on a separate line.)

_____(Under investigation)_____

**COMPLAINT**

(Rev. 07/06)

**PARTIES**

1. Plaintiff _Alejandro Vega_ is a citizen of _United St. America_ (New Mexico)
   who presently resides at the following address:
   _____

2. Defendant _Colorado St. Patrol_ is a citizen of _____
   who live(s) at or is/are located at the following address:
   _____

3. Defendant _____ is a citizen of _____
   who live(s) at or is/are located at the following address:
   _____

   (Attach a separate page, if necessary, to list additional parties.)

**JURISDICTION**

4. Jurisdiction is asserted pursuant to following statutory authorities:
   _Garfield ~~the~~ County Sheriff Department ~~claims~~_
   _____
   _____

5. Briefly state the background of your case:

   ✱ On my way from Vegas Nevada.
   ✱ Broke down on mile mark (80) where ~~the~~ Garfield County sherriffs helped and wittnessed ~~was~~ to verify my car breakdown...
   ✱ Left for help ~~____~~ and when I returned with it my car was no longer there. ~~____ ____ ____~~
   ✱ Stranded on mile mark (80) with no services East and Westbound for miles.
   ✱ Cold, hungry, helpless, worried, depressed, frightened for my life in the middle of nowhere and 3 hrs. away from home.
   ✱ Friends & family concerns for no help do to ~~an~~ unbelievable words of mind...!

# FIRST CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

* Unable to work ~~my~~ a second job and finish college.

* Would have never landed in E.R. possession both times!!!

* Colorado St. Patrole verified with Garfield County Sheriff Department that it was a mistake and but cannot do anything once it was taken by Covenant Towing ~~to~~ from Rifle CO.

* On record is a recorded ~~msg~~ msg by Colorado St. Patrole that I am being forced to ~~take~~ pay $500⁰⁰+ to even release my belongings from my own ~~~~ property.

* Which as well has ~~~~ my medical and medicaid card that was needed in the E.R.!!!

(Rev. 07/06)                           3

* Feel ~~~~ Extremely bullied and helpless at the ~~~~ moment... Please Help.

## SECOND CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

✶ Was towed in less than 12 hrs. WITHOUT ANY NOTICE TO "OWNER"

✶ Girlfriend was present as well. 2nd VICTEM..!

✶ Ruined Vacation!

✶ Auto Theft

✶ Burglary

✶ Theft by Recieving

✶ +++ ⟶

✶ Proof, Evidence, and or Wittnessess

**THIRD CLAIM FOR RELIEF
AND SUPPORTING FACTUAL ALLEGATIONS**
(Please number your paragraphs and attach any necessary additional pages.)

**REQUEST FOR RELIEF**

Plaintiff requests the following relief:

"Too Much to Discuss"

"Very Dissapointing & Unlawful"

"TOO MANY TITLES VIOLATED"

What was my life worth while threatened by Colorado wilds and Temps?

Date: 4/13/17

_____
(Plaintiff's Original Signature)

(Homeless)
(Street Address)

P.O Box 295
Silverthorne CO
80498

_____
(City, State, ZIP)

(505) 339-6823
(Telephone Number)

(Rev. 07/06)                              6