IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00916-LTB

ALEJANDRO VEGA,

      Plaintiff,

v.

COLORADO ST. PATROL,

      Defendant.

_____

## JUDGMENT

_____

      Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on May 22, 2017, it is hereby

      ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

      DATED at Denver, Colorado, this 22nd day of May, 2017.

                      FOR THE COURT,

                      JEFFREY P. COLWELL, Clerk

                      By: s/D. Kalsow
                          Deputy Clerk